DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CRISTIAN JAMAL GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2677

———————————————

June 28, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and Mark J. O'Brien, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.